McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
David L. Emerzian, #222930
5 River Park Place East
Fresno, California 93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for JAMES B. TUCK ENTERPRISES,
INC. dba TOY HAULER LIQUIDATORS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JAMES B. TUCK ENTERPRISES, INC. dba TOY HAULER LIQUIDATORS,<br><br>Plaintiff,<br><br>v.<br><br>PAUL EVERT RV COUNTRY, a California Partnership; PAUL EVERT, an individual,<br><br>Defendants. | Case No. 1:12-CV-01021-AWI-BAM<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE**<br>[Rule 41(a)(1)] |

     Plaintiff JAMES B. TUCK ENTERPRISES, INC. dba TOY HAULER LIQUIDATORS, by and through their counsel of record and Defendants PAUL EVERT RV COUNTRY, a California partnership, PAUL EVERT, an individual by and through their attorneys of record, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), do hereby dismiss the within action in its entirety with prejudice. Each party to bear it's own attorneys' fees and costs of suit incurred.

Dated:  October 31, 2012                        McCORMICK, BARSTOW, SHEPPARD,
                                                                         WAYTE & CARRUTH LLP

                                                                By:  /s/ David L. Emerzian
                                                                      David L. Emerzian
                                                 Attorneys for James B. Tuck dba Toy Hauler
                                                                             Liquidators

Dated: October 31, 2012                                    VITALE & LOWE

                                                By: _____/a/ Alan W. Foutz_____
                                                        Alan W. Foutz
                                          Attorneys for Paul Evert Rv Country & Paul Evert,
                                                        an individual

ORDER

Pursuant to the above notice of Rule 41(a)(1) dismissal with prejudice, this case terminated automatically. <u>Duke Energy Trading & Mktg., LLC v. Davis</u>, 267 F.3d 1042, 1049 (9th Cir. 2001). The Clerk shall close this case.

IT IS SO ORDERED.

Dated:  November 2, 2012                        _____
                                                UNITED STATES DISTRICT JUDGE